# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY HARPER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MERCED, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00562-LJO-SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 3) |

Plaintiff, Darcy Harper, filed a complaint on April 25, 2018 (Doc. 1), an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on April 26, 2018 (Doc. 3).[1] Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and

//

//

---

[1] Plaintiff also filed an application to proceed in forma pauperis on April 25, 2018, but the application was erroneously noticed for hearing before the wrong magistrate judge. (*See* Doc. 2.) Because the Court grants Plaintiff's correctly-noticed application for in forma pauperis filed the next day, Plaintiff's earlier-filed application (Doc. 2) is DENIED as MOOT.

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **April 30, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE