| | |
|---|---|
| DARCY HARPER,<br><br>                    Plaintiff,<br><br>               v.<br><br>COUNTY OF MERCED, et al.,<br><br>                  Defendants. | 1:18-cv-00562-LJO-SKO<br><br>ORDER DISMISSING THE COUNTY OF MERCED<br><br>(Doc. 24) |

The complaint in this matter stated the following claims against the County of Merced: (1) an Americans with Disabilities Act claim for failure to provide reasonable accommodation of Plaintiff's disability when he was housed in the Merced County jail following his arrest; and (2) a *Monell* claim for failure to train Merced County sheriff deputies regarding the careful handling of detainees with mental illness and for maintaining a longstanding custom and practice of not "carefully handling" mentally ill detainees.

The County of Merced filed a motion to dismiss these claims, which was granted. (Docs. 11, 22.) Plaintiff was given an opportunity to amend the claims, but failed to do so. (*Id.*) In dismissing the claims

and providing Plaintiff an opportunity to amend, the Court was clear that failure to amend would result in permanent dismissal of the claims.   On December 18, 2018, the County of Merced filed a motion to dismiss these claims with prejudice as no amended complaint was filed.  (Doc. 24.)

Due to Plaintiff's decision not to amend the claims against the County of Merced, those claims are now dismissed with prejudice and without leave to amend.  There are no remaining claims against the County of Merced.

For the reasons set forth above, IT IS HEREBY ORDERED that:

1.     Due to Plaintiff's election not to amend the complaint, the claims against the County of Merced are dismissed with prejudice and without any further leave to amend;[1] and

2.     The County of Merced's Motion to Dismiss (Doc. 24) is GRANTED; and

3.     The Clerk of this Court is DIRECTED to terminate the County of Merced as a party to this lawsuit.

IT IS SO ORDERED.

Dated:   __**December 19, 2018**__          _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] This order does not relate to any claims against DOE Defendants, some of whom are identified generally as Merced County Sheriff's Deputies.

2